IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**MONTY L. STRICKLAND**
and **CARA STRICKLAND**,

      Plaintiffs,

   vs.                                       Civ. No. 19-918  MV/JFR

**MADDEN SALES AND SERVICE, Inc.,**
a Texas corporation,

      Defendant.

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

**THIS MATTER** is before the Court on the Proposed Findings of Fact and Recommended Disposition by United States Magistrate Judge John F. Robbenhaar, filed May 8, 2020.  Doc. 51.  Objections were due by no later than May 22, 2020.  The parties have not filed any objections.  The failure to make timely objections to the Magistrate Judge's Proposed Findings and Recommended Disposition waives appellate review of both factual and legal questions.  *U.S. v. One Parcel of Real Property*, 73 F.3d 1057, 1059 (10th Cir. 1996).

      **IT IS THEREFORE ORDERED** that the Magistrate Judge's Proposed Findings and Recommended Disposition (Doc. 51) are **ADOPTED**.

      **IT IS FURTHER ORDERED** that Defendant's Motion for Preliminary Injunction and Memorandum in support thereof (Docs. 5, 7) are **DENIED**, for the reasons set forth in the Proposed Findings and Recommended Disposition.

                                             _____
                                             **MARTHA VÁZQUEZ**
                                             **United States District Judge**